632

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.

474 A.2d 653

Commonwealth v. Hill, Appellant.

Submitted January 20, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.

474 A.2d 653

Commonwealth v. Hillen, Appellant.

Submitted February 9, 1984. George W. Bills, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence affirmed.